# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE AUTOMOTIVE
INDUSTRIES WELFARE FUND, AUTOMOTIVE
INDUSTRIES PENSION FUND, JIM BENO,
TRUSTEE,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

v.   **E-filing**

OMEGA TANK AND TRUCK REPAIR, INC.
a California corporation,

CV 08 1292 VRW

TO: (Name and address of defendant)

Omega Tank & Truck Repair, Inc.
2600 Rice Avenue
West Sacramento, CA  95691

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL   (State Bar#50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Phone:  (415) 392-5431

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR

DATE

(BY) DEPUTY CLERK