IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BD OF TRUSTEES, AUTOMOTIVE INDUSTRIES WELFARE FUND, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OMEGA TANK and TRUCK REPAIR, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 08-1292 VRW<br><br>**CLERK'S NOTICE** |

(Plaintiff is required to serve a copy of this notice, and file proof of service with the Court, on any party in this action not appearing on the Notice of Electronic Filing and/or the attached Certificate of Service)

　　　　YOU ARE NOTIFIED THAT DUE TO COURT'S UNAVAILABILITY; the Case Management Conference presently scheduled for June 5, 2008 shall be **continued to July 3, 2008 at 3:30 p.m.** To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10. A joint case management statement must be filed one week prior to the conference. Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: May 12, 2008

　　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　By: *Cora Klein*
　　　　　　　　　　　　　　　　　　　　Cora Klein, Courtroom Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　Chief Judge Vaughn Walker