1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

           UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE AUTOMOTIVE )   NO. C 08 1292 VRW
INDUSTRIES, et al.                  )
                                    )
              Plaintiff,            )
                                    )
     vs.                            )
                                    )   PROOF OF SERVICE
OMEGA TANK and TRUCK REPAIR, INC.,  )
a California corporation            )
                                    )
              Defendant.            )
_____)

     I, SHARON EASTMAN, declare:

     That I was at the time of service of the document herein referred to over the age of eighteen years and not a party to the within action.  On May 14, 2008 I served a copy of the court's "CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE DATED 5/12/08 DOCUMENT 4" on the defendant by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California addressed as follows:

                    PROOF OF SERVICE
                           1

1  Omega Tank & Truck Repair
2  2600 Rice Avenue
   West Sacramento, CA 95691

3      I declare under penalty of perjury that the foregoing is
4  true and correct.

5      Executed on May 14, 2008 at San Francisco, California.

                                    Sharon Eastman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BD OF TRUSTEES, AUTOMOTIVE INDUSTRIES WELFARE FUND, et al., | No. C 08-1292 VRW |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| OMEGA TANK and TRUCK REPAIR, INC., | |
| Defendant. | |

(Plaintiff is required to serve a copy of this notice, and file proof of service with the Court, on any party in this action not appearing on the Notice of Electronic Filing and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT DUE TO COURT'S UNAVAILABILITY; the Case Management Conference presently scheduled for June 5, 2008 shall be **continued to July 3, 2008 at 3:30 p.m.** To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10. A joint case management statement must be filed one week prior to the conference. Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: May 12, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Cora Klein, Courtroom Deputy Clerk to
Chief Judge Vaughn Walker