ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE, INDUSTRIES, et al., | ) ) ) | NO.  C 08 1292 VRW |
| Plaintiffs, | ) ) ) | EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) ) | |
| OMEGA TANK AND TRUCK REPAIR, INC., a California corporation | ) ) ) | |
| Defendant. | ) ) | |

Plaintiffs, BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE JIM BENO, TRUSTEE, hereby apply ex parte for an order to continue the Case Management Conference from June 12, 2008 to September 11, 2008.

This ex parte application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

Dated:  June 5, 2008

Respectfully submitted,

ERSKINE & TULLEY

By: /s/ Michael J. Carroll
    Michael J. Carroll
    Attorneys for Plaintiffs

EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE      1