```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>OMEGA TANK AND TRUCK REPAIR, INC., a California corporation<br><br>        Defendant. | NO.  C 08 1292 VRW<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1.  I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiffs, BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE, in this action. I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

2.  Service has not been accomplished upon the defendant in this case.  Defendant company moved and we having difficulty locating and serving the defendant.

1        3.  It is requested that the Court continue the Case Management Conference some ninety days hence.

2        4.  Good cause exists to grant plaintiffs' request for a continuance of the Case Management Conference currently set for June 12, 2008 to September 11, 2008 to give plaintiffs time to effect service in this case, give defendant time to respond to the complaint and to avoid any unnecessary burden to the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 5, 2008 at San Francisco, California.

                                /s/ Michael J. Carroll
                                Michael J. Carroll