1 | ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 | MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
3 | San Francisco, CA  94104
Telephone:  (415) 392-5431
4 |
Attorneys for Plaintiffs
5 |

6 |

7 |

8 |                    UNITED STATES DISTRICT COURT

9 |                  NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | BOARD OF TRUSTEES OF THE AUTOMOTIVE )     NO.  C 08 1292 VRW
INDUSTRIES, et al.                  )
12 |                                     )     ORDER TO CONTINUE CASE
                    Plaintiffs,     )     MANAGEMENT CONFERENCE
13 |                                     )
         vs.                        )
14 |                                     )
OMEGA TANK AND TRUCK REPAIR, INC., a)
15 | California corporation              )
                                    )
16 |                                     )
                    Defendant.      )
17 | _____)

18 |         IT IS ORDERED that the Case Management Conference in this

19 | case set for June 12, 2008 be continued to September 11, 2008 at 3:30

20 | p.m. in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San

21 | Francisco, CA.

22 | Dated:_____          _____
                                    Honorable Vaughn R. Walker
23 |

24 |

25 |

26 |

27 |

28 |

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE