1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiffs
5

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11   BOARD OF TRUSTEES OF THE AUTOMOTIVE )    NO.  C 08 1292 VRW
    INDUSTRIES, et al.                )
12                            )    ORDER TO CONTINUE CASE
               Plaintiffs,   )    MANAGEMENT CONFERENCE
13                            )
          vs.                )
14                            )
    OMEGA TANK AND TRUCK REPAIR, INC., a)
15   California corporation         )
                           )
16                            )
               Defendant.    )
17   _____ )

18           IT IS ORDERED that the Case Management Conference in this

19   case set for June 12, 2008 be continued to September 11, 2008 at 3:30

20   p.m. in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San

21   Francisco, CA.

22   Dated: ___June 11, 2008_____     _____

23                           Honorable Vaughn R. Walker

24

25              GRANTED

26

27           Judge Vaughn R Walker

28

    ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE