1 ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
3 San Francisco, CA 94104
Telephone: (415) 392-5431
4 Facsimile: (415) 392-1978

5 Attorneys for Plaintiffs

7           UNITED STATES DISTRICT COURT

8           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE** et al. | NO. C 08 1292 VRW |
| Plaintiffs, | MOTION FOR ENTRY OF DEFAULT |
| vs. | |
| **OMEGA TANK AND TRUCK REPAIR, INC.**, a California corporation | |
| Defendants. | |

19     To the Clerk of the United States District Court for the Northern District of California:

20     You will please enter the default of defendant, OMEGA TANK AND TRUCK REPAIR, INC., a California corporation, for failure to plead or otherwise move as provided by the Federal Rules of Civil Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default filed herewith.

Dated: September 3, 2008              ERSKINE & TULLEY


                            By:   /s/ Michael J. Carroll
                                  MICHAEL J. CARROLL
                                  Attorney for Plaintiffs

**MOTION FOR ENTRY OF DEFAULT**                1