ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>OMEGA TANK AND TRUCK REPAIR, INC., a California corporation<br><br>Defendants. | NO. C 08 1292 VRW<br><br>DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT |

I, MICHAEL J. CARROLL, declare:

1. I am duly admitted to practice law before all of the courts of the State of California and in the United States District Court, Northern District of California. I am one of the attorneys for plaintiff in this action. I have personal knowledge of the facts stated herein and if called as a witness, I could competently testify as follows:

2. The complaint and summons in this action were served on defendant, OMEGA TANK AND TRUCK REPAIR, INC., a California corporation, on May 29, 2008 as appears from the proofs of service of said summons e-filed with the Court.

3. The time within which the defendants may answer or otherwise move as to the

**DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**        **1**

1  complaint has expired, that defendants have not answered or otherwise moved and that the time for
2  defendants to answer or otherwise move has not been extended.
3          I declare under penalty of perjury that the foregoing is true and correct.
4          Executed on September 3, 2008 at San Francisco, California.

6      /s/ Michael J. Carroll
     MICHAEL J. CARROLL

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On June 13, 2007 I served the within **MOTION FOR ENTRY OF DEFAULT, DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT and PROPOSED NOTICE OF ENTRY OF DEFAULT** on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

```
Omega Tank and Truck Repair
2286 Del Monte Street
W. Sacramento, CA 95691
```

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2008 at San Francisco, California.

                                                    /s/ Sharon Eastman