ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.**  Plaintiffs, vs. **OMEGA TANK AND TRUCK REPAIR, INC., a California corporation**  Defendants. | NO. C 08 1292 VRW  **PROPOSED NOTICE OF ENTRY OF DEFAULT** |

IT IS HEREBY NOTICED that the default of defendant, OMEGA TANK AND TRUCK REPAIR, INC., a California corporation has been entered by the Clerk of the Court on _____.

Date:_____                    Richard W. Wieking, Clerk


                                         By: _____
                                                Deputy Clerk

**NOTICE OF ENTRY OF DEFAULT**                    1