```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5

 6

 7                  UNITED STATES DISTRICT COURT

 8                 NORTHERN DISTRICT OF CALIFORNIA

 9

10
    BOARD OF TRUSTEES OF THE AUTOMOTIVE )   NO.  C 08 1292 VRW
11  INDUSTRIES, et al.                  )
                                        )   EX PARTE APPLICATION FOR
12                       Plaintiff,     )   ORDER TO CONTINUE CASE
                                        )   MANAGEMENT CONFERENCE
13          vs.                         )
                                        )
14  OEMGA TANK AND TRUCK REPAIR, INC., a)
    California corporation,             )
15                                      )
                                        )
16                                      )
                         Defendant.     )
17  _____)
```

18          Plaintiff, BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES

19  WELFARE FUND, AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE,

20  hereby applies ex parte for an order to continue the Case Management

21  Conference from September 11, 2008 to December 11, 2008.

22          This ex parte application is based upon the Declaration of

23  Attorney Michael J. Carroll filed herewith.

24          Dated:   September 4, 2008

25                                       Respectfully submitted,

26                                       ERSKINE & TULLEY

27                                       By:/s/ Michael J. Carroll
                                               Michael J. Carroll
28                                             Attorneys for Plaintiff

EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE        1