```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.<br><br>            Plaintiff,<br><br>     vs.<br><br>OMEGA TANK AND TRUCK REPAIR, INC., a California corporation<br><br>            Defendant. | NO.  C 08 1292 VRW<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1.   I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE, in this action.  I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

2.   Service was accomplished upon the only party in this case on May 29, 2008.  No responsive pleading was filed.

3. On September 3, 2008 Plaintiffs requested that notice of entry of default be entered.

4. It is requested that the Court continue the Case Management Conference some ninety days hence, to December 11, 2008, to provide time to either settle the case or file a motion for default judgment.

5. Good cause exists to grant plaintiff's request for a continuance of the Case Management Conference currently set for September 11, 2008 to December 11, 2008.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 4, 2008 at San Francisco, California.

/s/ Michael J. Carroll
Michael J. Carroll

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE      2

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On September 4, 2008 I served the within DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

Omega Tank and Truck Repair, Inc.
2600 Rice Avenue
West Sacramento, CA 95691

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2008 at San Francisco, CA.


                    /s/Sharon Eastman
                    Sharon Eastman