ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al. | ) ) ) | NO.  C 08 1292 VRW |
| Plaintiffs, | ) ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) ) | |
| OMEGA TANK AND TRUCK REPAIR, INC., a California corporation | ) ) ) | |
| Defendant. | ) ) ) | |

        IT IS ORDERED that the Case Management Conference in this case set for September 11, 2008 be continued to December 11, 2008 at 3:30 p.m. in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____          _____
                                          Honorable Vaughn R. Walker

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE