**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                   General Court Number
Clerk                                                                                                        415.522.2000

September 8, 2008


RE:  <u>CV 08-01292 VRW</u>     <u>BOARD OF TRUSTEES-v- OMEGA TANK AND TRUCK REPAIR</u>


Default is entered as to Omega Tank and Truck Repair, Inc. on September 8, 2008.



                RICHARD W. WIEKING, Clerk

                *Gwen S. Agid*

                by <u>Gwen Agid</u>
                Case Systems Administrator


NDC TR-4  Rev. 3/89