ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

**IT IS SO ORDERED**
/s/ Judge Vaughn R Walker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE AUTOMOTIVE ) NO. C 08 1292 VRW
INDUSTRIES WELFARE FUND, AUTOMOTIVE )
INDUSTRIES PENSION FUND, JIM BENO, )
TRUSTEE, )
                                    )
            Plaintiffs,             )
                                    )
       vs.                          ) NOTICE OF
                                    ) VOLUNTARY DISMISSAL
OMEGA TANK AND TRUCK REPAIR, INC.,  )
a California corporation            )
                                    )
            Defendant.              )
_____)

   Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for December 11, 2008 at 3:30 p.m. in Courtroom No. 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: November 24, 2008        ERSKINE & TULLEY


                                By:/s/Michael J. Carroll
                                   Michael J. Carroll
                                   Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On November 24, 2008 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Omega Tank and Truck Repair, Inc.,
2600 Rice Avenue
West Sacramento, CA 95691

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on November 24, 2008 at San Francisco, California.

/s/Sharon Eastman
Sharon Eastman

NOTICE OF VOLUNTARY DISMISSAL